In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Located at 3751 Eighteenth Avenue, Borough of Brooklyn, County of Kings, City and State of New York, Issued and Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 29,399. FRED M. STEIN, as Substituted Trustee of the Estate of SIMON BORG, as Successor Trustee of the Estate of SARAH SPEYER and as Substituted Trustee of the Estate of LEO SPEYER, the Promulgating Certificate Holders, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, BROOKLYN TRUST COMPANY, Trustee, and LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS MORTGAGE COMPANY, Respondents.— Final order approving, as modified, a plan by promulgating certificate holders providing for the reorganization of the rights of the holders of mortgage investments represented by guaranteed mortgage participation certificates, affirmed, with ten dollars costs and disbursements. In our opinion, the appointment of a trustee selected by the court is not an improper exercise of the court's discretion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

In the Matter of a Proposal or Plan of MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Certain Mortgage Covering Premises Known as 8817 Bay Parkway, in the Borough of Brooklyn, County of Kings, City and State of New York, Securing Mortgage Investments Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY and Designated as Mortgage No. 223,761 of Such Company. TITLE GUARANTEE & TRUST COMPANY, as Trustee, and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondents; ROSE LUTZ, Appellant.— In a proceeding involving a proposal or plan of the Mortgage Commission of the State of New York to exercise certain of its limited powers with respect to a certain mortgage covering premises known as 8817 Bay Parkway, Borough of Brooklyn, securing mortgage investments guaranteed by Lawyers Title and Guaranty Company and designated as Mortgage No. 223,761 of such company, order granting the motion of the Title Guarantee and Trust Company, as trustee, that Rose Lutz, owner, comply with the final order in that proceeding entered December 24, 1936, within ten days, and in the event that she fail to comply, that so much of the final order as directs the trustee to enter into an extension agreement with her be vacated and annulled, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.